STATE OF CONNECTICUT *v.* FERDINAND R.

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 594 (AC 31878), is granted, limited to the following issue:

"Did the Appellate Court properly determine that General Statutes § 53a-70b requires that the defendant have a general intent to commit the act that constituted a violation of the statute?"

The Supreme Court docket number is SC 18918.

*Martin Zeldis*, public defender, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided February 3, 2012

CHRISTOPHER HASFAL *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Hasfal's petition for certification for appeal from the Appellate Court, 132 Conn. App. 24 (AC 32098), is denied.

*Edward G. McAnaney*, assigned counsel, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided February 3, 2012